In the Matter of DUDLEY McCONNELL, Appellant, v BRENDA McCONNELL, Respondent. [782 NYS2d 203]—Appeal from an order of the Family Court, Oneida County (James R. Griffith, J.), entered April 28, 2003 in a proceeding pursuant to Family Ct Act article 6. The order denied the petition to modify a prior order of visitation.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court. Present—Green, J.P., Pine, Scudder, Martoche and Hayes, JJ.

In the Matter of CRISTINE WOJCIK, Respondent-Appellant, v PHILLIP NEWTON et al., Appellants-Respondents. (Appeal No. 1.) [782 NYS2d 204]—Appeal and cross appeal from an order of the Family Court, Oneida County (Frank S. Cook, J.), entered May 13, 2003. The order denied the petitions seeking a determination that respondents had willfully violated a prior order and denied the cross petition seeking an order terminating petitioner's visitation with petitioner's grandchild.

It is hereby ordered that said appeal and cross appeal be and the same hereby are unanimously dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Green, J.P., Pine, Scudder, Martoche and Hayes, JJ.